# EXHIBIT D

### EXHIBIT D - Infringement of Claim 1 of U.S. Patent Number 7,088,854 by Visiopharm Corporation

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A computer program product for generating special-purpose image analysis algorithms comprising:<br><br>a computer usable medium having computer readable program code embodied therein, said computer readable program code configured to: | **Image analysis** has become increasingly important in digital pathology, for identifying tissue structures and quantifying biomarker expression. The Visiopharm AI module allow pathologists to solve even the most complex and challenging image analysis applications with a simple teach-by-example approach.<br><br>**Oncotopix/Biotopix® AI** comprise the most comprehensive solution for digital pathology available today, implementing the latest technical break-throughs in deep learning.<br><br>https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf<br><br>The Oncotopix/Biotopix® AI is a computer program product for generating image analysis for digital pathology to identify tissue structures and quantify biomarker expression. |

Page **1** of **4**

| | |
|---|---|
| obtain at least one image having a plurality of chromatic data points; | <br>https://www.visiopharm.com/ai-deeplearning<br>The Oncotopix/Biotopix® AI product takes an image.<br><br><br>https://www.visiopharm.com/ai-deeplearning<br>The Oncotopix/Biotopix® AI product includes a plurality of chromatic data points. |

| | |
|---|---|
| generate an evolving algorithm that partitions said plurality of chromatic data points within said at least one image into at least one entity identified in accordance with a user's judgment; and | https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf<br><br>The Oncotopix/Biotopix® AI product generates an algorithm based on user manual annotation of objects of interest thereby training the deep neural network. |

Page **3** of **4**

| | |
|---|---|
| store a first instance of said evolving algorithm as a product algorithm wherein said product algorithm enables the automatic classification of instances of said at least one entity within at least one second image in accordance with said judgment of said user. | <br><br>https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf<br><br>The Oncotopix/Biotopix® AI product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional images. |