# EXHIBIT E

**Exhibit E- Infringement of Claim 1 of U.S. Patent Number 7,254,266 Visiopharm Corporation**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. In a computer system, a method for automating the expert quantification of image data using a product algorithm comprising: | Image analysis has become increasingly important in digital pathology, for identifying tissue structures and quantifying biomarker expression. The Visiopharm AI module allow pathologists to solve even the most complex and challenging image analysis applications with a simple teach-by-example approach.<br><br>Oncotopix/Biotopix® AI comprise the most comprehensive solution for digital pathology available today, implementing the latest technical breakthroughs in deep learning.<br><br>https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf<br><br>The Oncotopix/Biotopix® AI is a computer program product for generating image analysis for digital pathology to identify tissue structures and quantify biomarker expression. |

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | <br><br>https://www.visiopharm.com/ai-deeplearning<br><br>The Oncotopix/Biotopix® AI product takes an image.<br><br><br><br>https://www.visiopharm.com/ai-deeplearning<br><br>The Oncotopix/Biotopix® AI product recognizes entities within the image from a trainable product algorithm. |

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br>obtaining said feedback from said user;<br>executing said evolving algorithm using said feedback;<br>presenting a second set of said at least one entity to said user for feedback as to the accuracy of said second set of identified entities; | <br>https://www.visiopharm.com/ai-deeplearning<br><br>The Oncotopix/Biotopix® AI product presents a user with possible entities. |



https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf

The user manually gives feedback on the entities.

https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf

The algorithm evolves and is taught based on the feedback.

Page **4** of **5**

| | |
|---|---|
| obtaining approval from said user about said second set of entities; storing said evolving algorithm as a product algorithm; providing said product algorithm to at least one second user so that said at least one second user can apply said product algorithm against a second set of image data having said at least one entity. | <br><br>https://www.visiopharm.com/files/brochures/20181116_AI_Deep_Learning_Brochure_A4_Final.pdf<br><br>The Oncotopix/Biotopix® AI product obtains approval and stores the evolving algorithm and runs the stored algorithm on future data for additional users such that the additional users obtain a more accurate entity set. |

Page **5** of **5**